PLEASE DELIVER ATTACHED COURT CORRESPONDENCE TO ADDRESSEE AND HAVE FOLLOWING RECEIPT EXECUTED. PLEASE RETURN EXECUTED RECEIPT TO THE COURT. IF ADDRESSEE IS NO LONGER AT YOUR INSTITUTION, PLEASE ADVISE US OF RELEASE DATE & FORWARDING ADDRESS AND/OR NAME AND ADDRESS OF PAROLE OFFICER. THANK YOU! - U.S. DISTRICT CLERK

RE: 5:15cv178 ( Boland )
RECEIVED: H 4 R&R    -14 day old-
on this 8 day of Nov, 20 15, at 1500 a.m./p.m.
at FCI Texarkana
       (Name of Institution)

_____    _Martin Bola_____
Witness (if by mark)   (Signature, or mark, of addressee)

_____
Witness (if by mark)


WE CERTIFY THAT THE ADDRESSEE (REFUSED) OR (WAS UNABLE) TO SIGN THE ABOVE RECEIPT, BUT THAT THE COURT CORRESPONDENCE WAS DELIVERED TO THE ADDRESSEE AT _____ A.M./P.M. ON THIS _____ DAY OF _____ , 20_____ , AT_____.
                                (Name of Institution)


_____
Signature of Institution Delivering Agent


_____
Witness